**AMENDED**
Amended

# United States Bankruptcy Court  Eastern District of Oklahoma — Voluntary Petition

| Name of debtor - if individual, enter Last, First, Middle) | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| **Allison Oil & Distributing, Inc.,** | |

| All Other Names used by the debtor in the last 8 years (include married, maiden, and trade names.) | All Other Names used by the joint debtor in the last 6 years (include married, maiden, and trade names.) |
|---|---|
| Allison  Michael  Travis | |

| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. |
|---|---|
| 20-5647318 | |

| Street Address of Debtor (No. & Street, City, State & Zip Code) | Street Address of Joint Debtor (No. & Street, City, State & Zip) |
|---|---|
| 218 Moore St. SW  Ardmore, OK 73402 | |

| County of Residence or of the Principal Place of Business: **Carter, 40019** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from st. address) |
|---|---|
| PO Box 1854  Ardmore, OK 73402 | |

Location of Principal Assets of Business Debtor
(If different from address listed above)

### Type of Debtor (Form of Organization) (Check one box)
[ ] Individual (Includes Joint Debtors) See Exhibit D one page 2 of this form.
[X] Corporation (Includes L.L.C & L.L.P.)
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box & provide the information below.)

### Nature of Business (Check one box.)
[ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 USC 101(51B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[X] Other

**Tax-Exempt Entity** (Check box, if applicable)
[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
[X] Chapter 7   [ ] Chapter 11   [ ] Chapter 15 Petition for Reorganization of a Foreign Main Proceeding.
[ ] Chapter 9   [ ] Chapter 12   [ ] Chapter 15 Petition for Reorganization of a Foreign Nonmain Proceeding
[ ] Chapter 13

### Nature of Debts (Check one box)
[ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose".
[X] Debts are primarily business debts.

### Filing Fee (Check one box)
[X] Filing fee attached
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b). See Official Form 3A.
[ ] Filing fee waiver requested (Applicable in chapter 7 individuals only) Must attache signed application for court consideration. See Form 3B.

### Chapter 11 Debtors
Check one box:
[ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
[ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
[ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300.

Check all applicable boxes:
[ ] A Plan is being filed with this petition.
[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 USC 1126(b)

### Statistical/Administrative Information      This Space for Court Use Only
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | Over $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | Over $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

## Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| None | | |

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Michael Travis Allison | | |

| Relationship | District | Judge |
|---|---|---|
| Owner of Corp. | Eastern Dist. of OK | Cornish |

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)

[ ] Exhibit A is attached and made a part of this petition.

### EXHIBIT B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. 342(b).

_____ 6-22-11
Signature of Attorney for Debtor(s)    Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and indentifiable harm to public health or safety?

[ ] Yes, and Exhibit C is attached and made a part of this petition.

[X] No

### EXHIBIT D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attache a separate Exhibit D.)

[X] Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

[ ] Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[ ] Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding in a federal or state court' in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

[ ] Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

[ ] Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

[ ] Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

[ ] Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. 362(l)).

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s): Allison Oil & Distributing, Inc.,

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7, I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.]

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

_X_ /s/ Jimmy L. Veith _____ Date: 6-22-11

Signature of Attorney for Debtor(s)

Jimmy L. Veith, Bar # 9222
Printed Name of Attorney for Debtor(s)

Firm Name: Jimmy L. Veith, PC
Address: P.O. Box 607
120 A St NW
Ardmore, OK 73402
Telephone: (580)226-2353

* In a case in which 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ Travis Allison
Signature of Authorized Individual

TRAVIS ALLISON
Printed Name of Authorized Individual

PRESIDENT
Title of Authorized Individual

6-22-11
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recogniztion is attached.

(Check only one box.)

[ ] I request relief in accordance with chapter 15 of title 11, USC. Certified copies of the documents required by 11 USC 1515 are attached.

[ ] Pursuant to 11 USC 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recogniztion of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 USC § 110; I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 USC §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 USC § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed or Typed Name of Bankruptcy Petitioner Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 USC § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 & the Fe